COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

**Appeal number**: 01-18-00161-CR

**Style**: *Gary Wayne Thompson v. State of Texas*; from the 239th District Court of Brazoria County, Trial Court Case No. 78285-CR

Appellant's appointed counsel has filed a motion to withdraw, citing his election as judge of the 240th District Court of Fort Bend County. We abate the appeal and remand for the trial court to consider and rule on the motion to withdraw and for appointment of new counsel to represent appellant on appeal. The trial court's orders must be filed in a supplemental clerk's record with this Court by no later than March 29, 2019.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental record is filed in this Court.
It is so ORDERED.

Judge's signature: ___/s/ Justice Gordon Goodman_____
                              Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

Date: March 14, 2019

encls. Motion to withdraw

ACCEPTED
01-18-00161-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/31/2019 8:38 PM
CHRISTOPHER PRINE
CLERK

**COURT OF APPEALS NUMBER: 01-18-00161-CR**
**TRIAL COURT CASE NUMBER: 78285-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/31/2019 8:38:57 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **vs.** | § | **FIRST DISTRICT** |
| | § | |
| **GARY WAYNE THOMPSON** | § | **HOUSTON, TEXAS** |

**MOTION TO WITHDRAW AS COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Frank J. Fraley, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.     Movant is attorney of record for Gary Wayne Thompson, and was appointed by the Court to represent Defendant.

2.     Good cause to withdraw exists as specified below:

a.     On November 6, 1918, I was elected the 240th State District Court Judge in Fort Bend County Texas.

3.     This withdrawal is not sought for delay, but that Defendant might be represented by counsel of his choice.

4.     The last known address of Gary Wayne Thompson is as follows:  324 Crestwood St., Clute, Texas 77531.

5.     The last known phone number of Gary Wayne Thompson is 979.264.3209.

6.     A copy of this motion has been delivered to Gary Wayne Thompson.

7.     The pending settings and deadlines in this case are as follows:

a.     The case is on Appeal with the First District Court of Appeal in Houston, Texas.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading. Alternatively, Movant requests that the Court set this matter for a hearing so that Movant may present evidence in support of this motion.

Respectfully submitted,

Frank J. Fraley
2616 South Loop West
Suite 503
Houston, TX 77054
Tel: 713.668.4496
Fax: 713.668.4497

By: _____
Frank J. Fraley
State Bar No. 07350350
fraleyfrank@hotmail.com
Attorney for Gary Wayne Thompson

## NOTICE TO CLIENT

This is to notify you that this Motion for Withdrawal of Counsel is set for hearing at the time and place stated herein. You do not have to agree to this motion and if you contest the withdrawal of Frank J. Fraley as attorney in this cause, you should appear at the hearing. If you do not oppose Frank J. Fraley's withdrawal as attorney of record in this case, you may appear in court and inform the judge that you agree with this Motion. Included above is a list of the pending settings and deadlines in your case, which you will have to keep even if the motion is granted by the court.

BY:_____
Frank J. Fraley
State Bar Number: 07350350

## CERTIFICATE OF SERVICE

This is to certify that on January 31, 2019, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, by electronic service through the Electronic Filing Manager.

_____
Frank J. Fraley